# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ZUCK, | No. 4:19-CV-01983 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA CERTIFIED ORGANIC INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 1st day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Pennsylvania Certified Organic Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 5) is **DENIED**. Defendant shall file an Answer to Plaintiff's Complaint on or before April 22, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge