# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ZUCK, | No. 4:19-CV-01983 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA CERTIFIED ORGANIC, INC., | |
| Defendant. | |

# ORDER

### NOVEMBER 3, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion for Summary Judgment, Doc. 22, is **DENIED**; and

2. The Court will schedule a telephonic conference call by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge